Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Delaware__ District of _____
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  CHOICE MANAGEMENT LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  80-0557394

4. **Debtor's address**

   **Principal place of business**
   200 M ST SW
   Number  Street
   WASH   DC   20024
   City    State  ZIP Code

   District of Columbia
   County

   **Mailing address, if different from principal place of business**
   1013 Centre Road
   Number  Street
   Suite 403-A
   P.O. Box
   Wilmington DE 19805
   City    State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number  Street

   City    State  ZIP Code

5. **Debtor's website (URL)**  CHOICEmanagementLLC.com

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 1

Debtor  _CHOICE MANAGEMENT LLC_  Case number (if known) _____
                Name

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _9600_

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____ When _____ Case number _____
                                   MM / DD / YYYY
            District _____ When _____ Case number _____
                                   MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____ Relationship _____
            District _____ When _____
                                   MM / DD / YYYY
            Case number, if known _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 2

Debtor  CHOICE MANAGEMENT LLC _____  Case number (if known)_____
           Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number    Street

_____
City                              State    ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☒ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  CHOICE MANAGEMENT LLC
_____
Name

Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☑ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☑ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☑ I have been authorized to file this petition on behalf of the debtor.

☑ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09 / 17 / 2019
MM / DD / YYYY

X _Norvell Williams by Agent_     _Norvell Williams_
Signature of authorized representative of debtor     Printed name

Title  CEO

**18. Signature of attorney**

X _____    Date _____
Signature of attorney for debtor                    MM / DD / YYYY

Printed name _____

Firm name _____

Number   Street _____

City _____  State _____  ZIP Code _____

Contact phone _____  Email address _____

Bar number _____  State _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

MATRIX

1. U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA (ALEXANDRIA
   401 COURTHOUSE SQUARE ALEXANDRIA, VA 22314,
   CASE NO. 1:18:cv-00697
2. CATHY ANN HINGER (WOMBLE BOND DICKINSON)
   1200 19th Street NW Suite 500
   Washington, DC 20036
3. PASCAL FRANK NAPLES, III (WOMBE BOND DICKINSON)
   1200 19TH STREET NW SUITE 500 WASHINGTON, DC 20036
4. MCDHOLDING, LLC 1200 19TH STREET NW SUITE 500 WASHINGTON, DC 20036
5. EDWARD G. ROBINSON, III, 1200 19TH STREET NW SUITE 500 WASHINGTON, DC 20036
6. RICHARD CARNELL BAKER, (BAKER SIMMONS) 2120 L Street NW Suite 200 Washington DC 20037
7. CARLA DESILVA MCPHUN, ATTN: (JONATHAN OATES ESQ) 4103 Chain Bridge Road Suite 401 Fairfax, VA 22030
8. Christian E D'Andrade, 642 N L. Street Unit B Livermore, CA 94551
9. Thomas Dunn, 112 Stone Court NE Leesburg, VA 20176
10. Marlon Patrick Ritchie 4281 Foxhound Drive Clermont, FL34711
11. Grace Hill, US Attorney's Office Alexandria 2100 Jamieson Avenue Alexandria, VA 22314
12. U.S. DISTRICT BANKRUPTCY COURT CALIFORNIA NORTHERN BANKRUPTCY COURT OAKLAND ( CASE NO. 19-40042, *Golden Gate Ave 5Th San Francisco CA 94102*
13. U.S. TRUSTEE OFFICE OF THE U.S. TRUSTEE/OAK 450 GOLDEN GATE AVE 5TH FL #05-0153 SAN FRANSCISCO, CA 94102
14. MARLENE G. WEINSTEIN 1511 SYCAMORE AVE. #M-259 HERCULES, CA 94547
15. FANNY ZHANG QAN 2703 7TH STREET 266 MAIL BOX 321 BERKELEY, CA 94710
16. BANK OF AMERICA CORPORATION 100 North Tryon Street Charlotte, NC 28255