## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Choice Management, LLC, ) | Case No. 19-12055 (JTD) |
| ) | |
| Debtor. ) | |

### ORDER FOR RULE TO SHOW CAUSE

**WHEREAS** the petition for this Chapter 11 bankruptcy case was filed by a non-attorney on September 17, 2019. Petitions for non-individuals are required to be filed by counsel for the debtor pursuant to Del. Bankr. L.R. 1002-1 (b);

And Now, this 17th day of September, 2019, it is HEREBY ORDERED that a Rule to Show Cause hearing is scheduled in the above captioned case for October 1, 2019 at 2:00 p.m., Courtroom 5 of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware, 19801, to show cause as to why this bankruptcy case should not be dismissed.

The hearing, or the Debtor's failure to attend the hearing, may result in this case being dismissed with prejudice and the Debtor being barred from filing for a length of time determined appropriate by the Court.

SO ORDERED.

Dated: September 17, 2019

JOHN T. DORSEY, U.S.B.J.